Donald J. Kennedy
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
AS Klaveness Chartering



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AS Klaveness Chartering,

                 Plaintiff,

       - against -

Tarsus Shipping Ltd.,

                 Defendant.

------------------------------------------------------------X

JUDGE SAND

07 Civ. CIV 9230

ECF CASE

**DISCLOSURE OF INTERESTED PARTIES TO FEDERAL RULE 7.1**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff.

Rederi Aksjeselskapet Torvald Klaveness of Oslo, Norway is the corporate parent of AS Klaveness Chartering.

Dated: October 15, 2007
      New York, New York

By: *[signature]*
Donald J. Kennedy
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. 212-732-3200
Fax: 212-732-3232