Donald J. Kennedy
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
AS Klaveness Chartering

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AS Klaveness Chartering

                              Plaintiff,

            - against -

Tarsus Shipping Ltd.

                             Defendant.

07 Civ. 9230 (LBS)

ECF CASE

**AFFIDAVIT IN SUPPORT OF REQUEST FOR APPOINTMENT TO SERVE PROCESS**

-------------------------------------------------------------X

STATE OF NEW YORK    )
                                : 
COUNTY OF NEW YORK  )

    1.    Donald J. Kennedy, being duly sworn, deposes and says:

    2.    I am a member of the firm of Carter Ledyard & Milburn LLP, attorneys for the Plaintiff herein.

    3.    We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or

economically. I respectfully request that the Court appoint Edurin Colon, or any other person appointed by Carter Ledyard & Milburn LLP who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment and Garnishment and supplemental process on American Express Bank, Bank of America, N.A., Bank of New York, Barclay's Bank, Citibank, N.A., Deutsche Bank Trust Co. Americas, Fortis, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., La Salle Bank, N.A., Standard Chartered Bank, USB AG, U.S. Bank N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A., or upon any other or additional garnishees as may be named in any supplemental Process or Maritime Attachment and Garnishment.

WHEREFORE, it is respectfully requested that the aforementioned person, Edurin Colon, or any other person appointed by Carter Ledyard & Milburn LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

_____
Donald J. Kennedy

Sworn to before me this
15th day of October, 2007

_____
Notary Public

PAMELA SHELINSKY
Notary Public, State of New York
No. 02SH6141410
Qualified in New York County
Commission Expires Feb. 21, 2010

2