Donald J. Kennedy (DK 1859)
Laura Anne Reeds (LR 9681)
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Bryggen Shipping and Trading AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AS Klaveness Chartering,

                             Plaintiff,

                    - against -

Tarsus Shipping Ltd.,

                           Defendant.

-------------------------------------------------------------X

07 Civ. 9230 (LBS)

ECF CASE

**AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT**

State of New York   )
                   )   ss.:
County of New York )

     Laura Anne Reeds, being duly sworn, deposes and says:

     1.    I am a member of the Bar of this Court and an attorney with the firm of Carter

Ledyard & Milburn LLP, which represents AS Klaveness Chartering, the Plaintiff herein. I am

familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the

issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Supplemental Rule B

of the Federal Rules of Civil Procedure.

2.      I attempted to locate the Defendant, Tarsus Shipping Ltd., within this district by conducting the following investigation on October 12, 2007:

a.      I checked the 2006–2007 Verizon company information directory for New York and did not find any listing under Tarsus Shipping Ltd.

b.      I called directory assistance for New York and was informed that there was no listing for Tarsus Shipping Ltd. in any of the boroughs of New York City or in the surrounding area.

c.      I searched the White and Yellow Pages for the State of New York on the internet and did not find any listing under Tarsus Shipping Ltd.

d.      I searched the New York State Division of Corporations information database and did not find any listing under Tarsus Shipping Ltd.

e.      I conducted an internet search using the Google search engine with the search term "Tarsus Shipping." I found two listings for "Tarsus Shipping Ltd." at 198 Old Bakery Street in Valletta, Malta. Additional results indicated that Tarsus Shipping Ltd. was located in Malta, but did not provide an address.

3.      Based on the foregoing, I submit that the Defendant cannot be "found" within this District for the purpose of obtaining a maritime attachment pursuant to Rule B.

4.      Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and intangible property within this District and subject to the jurisdiction of this Court, held in the hands of garnishees including, but not limited to, American Express Bank, Bank of America, N.A., Bank of New York, Barclay's Bank, Citibank, N.A., Deutsche Bank Trust Co. Americas, Fortis, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., La

2

Salle Bank, N.A., Standard Chartered Bank, USB AG, U.S. Bank N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A. which is due and owing to the Plaintiff.

5.      This is Plaintiff's first request for this relief made to any Court.

WHEREFORE, the Plaintiff respectfully requests that this Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendant's tangible and intangible property within this District in the hands of the aforesaid garnishees.

Dated:       October 15, 2007
             New York, NY

Laura Anne Reeds

Sworn and subscribed to before me
this 15th day of October 2007.

Notary Public

PAMELA SHELINSKY
Notary Public, State of New York
No. 02SH6141410 ,
Qualified in New York County
Commission Expires Feb. 21, 2010

3