Sand/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AS KLAVENESS CHARTERING,

                Plaintiff,

  - against -

TARSUS SHIPPING LTD.,

                Defendant.
------------------------------------------------------------ x

Case No.
07 Civ. 9230 (LBS)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-23-07

### ORDER PROVIDING FOR THE
### RELEASE OF FUNDS AND NOTICE OF DISMISSAL OF ACTION

WHEREAS, Plaintiff, AS Klaveness Chartering, ("Plaintiff") commenced this action with the filing of a Verified Complaint on October 15, 2007;

WHEREAS, on application of the Plaintiff, Process of Maritime Attachment and Garnishment ("PMAG") was issued on October 15, 2007 pursuant to Supplemental Rule B directing the restraint of assets of Tarsus Shipping Ltd. ("Defendant") in the amount of $6,499,417.00;

WHEREAS, the PMAG was subsequently served on several banking institutions;

WHEREAS, security has now been provided to the satisfaction of the Plaintiff; and

WHEREAS, the Defendant has not appeared in this action, served or filed an answer or a motion for summary judgment;

IT IS HEREBY AGREED that any and all funds restrained pursuant to this action shall be released by any and all garnishee banks.

IT IS FURTHER AGREED that this action be dismissed without prejudice and without costs to any party.

NOW THEREFORE, on application of the Plaintiff, it is hereby

ORDERED, that any and all funds restrained pursuant to this action shall be released by any and all garnishee banks.

IT IS FURTHER ORDERED that this action be dismissed without prejudice and without costs to any party.

Dated:   October 22, 2007
         New York, New York

> The Plaintiff
> AS Klaveness Chartering
>
> By: _____
> Laura Anne Reeds
> Carter, Ledyard & Milburn LLP
> Two Wall Street
> New York, New York 10005
> Tel. 212-238-8718
> Fax: 212-732-3232
> reeds@clm.com

SO ORDERED:
_____
U.S.D.J.