Donald J. Kennedy
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Bryggen Shipping and Trading AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AS Klaveness Chartering

                                      Plaintiff,

                      - against -

Tarsus Shipping Ltd.

                                   Defendant.

------------------------------------------------------------X

07 Civ. 9230 (LBS)

ECF CASE

**ORDER APPOINTING**
**PROCESS SERVER**

Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Edurin Colon, or any other person appointed by Carter Ledyard & Milburn LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Donald J. Kennedy, Esq., that such appointment will result in substantial economies in time and expense.

1

NOW, on motion of Carter Ledyard & Milburn LLP, attorneys for Plaintiff, it is

ORDERED, that Edurin Colon, or any other person at least 18 years of age and not a party to this action, appointed by Carter Ledyard & Milburn LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated: October 15, 2007
      New York, New York

SO ORDERED:

_____
U.S.D.J.