SCANNED

Carter Ledyard & Milburn LLP
Attorneys for Plaintiff
AS Klaveness Chartering
Donald J. Kennedy
Laura Anne Reeds
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AS Klaveness Chartering

                Plaintiff,

      - against -

Tarsus Shipping Ltd.

                Defendant.

-----------------------------------------------------------------X

07 Civ. 9230 (LBS)

ECF CASE

**ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

MICROFILM OCT 16 2007

Upon reading and filing t[he] Plaintiff herein, verified on the 15th day of October, 2007, ar[d] [                ] [                ], sworn to on the 15th day of October, 2007, that to the best [                ] [Scanned] ; the Defendant cannot be found within this District for the [                ] under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist.

NOW, upon motion of Carter Ledyard & Milburn LLP, attorneys for the Plaintiff, it is hereby

ORDERED, that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all assets of the Defendant as described therein in the possession, custody or control of, or being transferred through American Express Bank, Bank of America, N.A., Bank of New York, Citibank, N.A., HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A. and any other garnishee(s) on whom a copy of the Order of Attachment may be served, in the amount of $6,499,417 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 1ͭ, 2007

_____
U.S.D.J.